AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**BRANDON MARION GORE**
**DOB:** x/xx/xx
**PDID:** xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 19, 2008</u>, in the District of <u>COLUMBIA</u> defendant (s) did,

(Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

in violation of Title \_\_\_**21**\_\_\_ United States Code, Section(s) \_\_\_**841(a)(1)**\_\_\_ .

I further state that I am \_\_**OFFICER SEAN D'AUGOSTINE**\_\_ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:** ☒ Yes ☐ No

Signature of Complainant
**OFFICER SEAN D'AUGOSTINE**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____  at   Washington, D.C.

**Date**   **City and State**

_____   _____

**Name & Title of Judicial Officer**   **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On March 19, 2008, United States Park Police officers observed a vehicle with a cracked windshield, a broken front headlight, and the operator was not wearing a seatbelt. A traffic stop was made in front of 6 P Street, N.E., Washington, D.C. The defendant Brandon Gore identified himself as Quinton Isaiah Gore, date of birth 6/15/08 and was unable to produce a valid driver's license upon request. Officer's place the defendant under arrest for failure to exhibit a permit. The defendant was removed from the vehicle and an odor consistent with phencyclidine, also known as PCP was smelled on the defendant's clothes and coming from within the vehicle. A search of the vehicle revealed a half full 16 oz. bottle containing a clear liquid with an odor consistent with phencyclidine, a plastic bag with seven 1 oz. Vials containing a liquid with an odor consistent with phencyclidine, a loaded hand gun, and approximately $422 in United States currency. A records check of the defendant revealed the true identity of the defendant as being Brandon Marion Gore. The approximate weight of the suspected PCP in the half full 16 oz. bottle was 225 grams and the approximate weight of the suspected PCP in the seven 1oz. vials was 198 grams which is an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER SEAN D'AUGOSTINE
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE